# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROBERT N. SULLIVAN,**

    **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Case No. 2:17-cv-1051
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## ORDER

On June 26, 2018, the Magistrate Judge issued a Report and Recommendation (ECF No. 16) in this case recommending that the Plaintiff's Statement of Errors (ECF No. 13) be overruled and that judgment be entered in favor of Defendant. The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED,** and the Court hereby **DIRECTS** the Clerk to enter final judgment on this matter in favor of Defendant.

    **IT IS SO ORDERED.**

9/27/2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE